
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HENRI FECTEAU, | No. 2:20-cv-00334 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| RUTH MARIE YOUNG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2020, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 9. Petitioner has filed objections to the findings and recommendations. ECF No. 10.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2020, are adopted in full;

2. The petition for writ of habeas corpus (ECF No. 7) is summarily dismissed without prejudice; and

3. The District Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  August 20, 2020.

CHIEF UNITED STATES DISTRICT JUDGE